**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES ALBERT McKINES, | ) | NO. CV 07-8202-GHK(CT) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| J. L. NORWOOD, | ) | |
| Respondent. | ) | |

Pursuant to the memorandum and order dismissing the petition,

IT IS ADJUDGED that the petition is denied and dismissed without prejudice to petitioner filing a civil rights complaint.

DATED: ___6/27/08___

_____
George H. King
UNITED STATES DISTRICT JUDGE